

FILED & JUDGMENT ENTERED

Christine F. Winchester

December 29 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Benjamin A. Kahn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Applied Machinery Rentals, LLC | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 23-30461 |
| _____ | ) | |
| | ) | |
| Cole Hayes, Chapter 7 Trustee | ) | |
| for the Bankruptcy Estate of | ) | |
| Applied Machinery Rentals, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 25-03130 |
| | ) | |
| MacAllister Machinery Co., Inc., | ) | |
| dba MacAllister CAT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER SETTING DEADLINE FOR BRIEF OR LEGAL MEMORANDUM IN SUPPORT OF DEFENSE OF FAILURE TO STATE A CLAIM**

This adversary proceeding is before the Court on the Complaint filed by Cole Hayes as Chapter 7 Trustee for the Bankruptcy Estate of Applied Machinery Rentals, LLC ("Plaintiff") on November 11, 2025, ECF No. 1, and the Answer filed by MacAllister Machinery

1

Co., Inc., d/b/a MacAllister CAT ("Defendant") on December 12, 2025. ECF No. 5.

As permitted under Federal Rule of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012(b), Defendant raised the affirmative defense that the Complaint fails to state a claim upon which relief can be granted in its Answer. Id. at 25. To facilitate formulation and simplification of the issues in this adversary proceeding, avoid unnecessary proof and cumulative evidence, and facilitate the just, speedy, and most efficient disposition of this action, the Court will require Defendant to file a brief or legal memorandum in support of its defense of failure to state a claim for relief.

NOW, THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.    Defendant shall have 28 days from the date of this Order within which to file and serve a brief or legal memorandum in support of any defense asserting failure to state a claim for relief. **If Defendant does not file a supporting brief or legal memorandum on or before 28 days from the date of this Order Defendant shall be deemed to have waived the defense and an order overruling and denying such defense shall be entered.**

2.    If Defendant files a brief or legal memorandum in support of such defense, Plaintiff may file and serve a brief or legal

memorandum in opposition within 14 days after service of Defendant's filing.

3.  Nothing in this Order shall be deemed to stay the adversary proceeding or ongoing discovery.

[END OF DOCUMENT]

**SO ORDERED**.

This Order has been signed
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court