Case 25-03130 Doc 13 Filed 02/12/26 Entered 02/12/26 12:49:20 Desc Main Document Page 1 of 2



FILED & JUDGMENT ENTERED
Christine F. Ramsey

February 12 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Benjamin A Kahn
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| APPLIED MACHINERY RENTALS, LLC, | ) ) | CASE NO.: 23-30461 CHAPTER 7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| COLE HAYES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF APPLIED MACHINERY RENTALS, LLC, | ) ) ) ) | ADVERSARY PROCEEDINGS NO.: 25-03130 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MACALLISTER MACHINERY CO., INC. d/b/a MACALLISTER CAT, | ) ) | |
| Defendant. | ) | |

## **MODIFIED PRE-TRIAL ORDER**

In accordance with Paragraph 5 of the Initial Pre-Trial Order filed on December 15, 2025 [DE 10], and with the agreement of the parties, the Court enters this Modified Consent Pre-Trial Order:

1. The Parties will file motions, if any, to join additional parties by March 31, 2026.

2. The Plaintiff shall disclose the identity of any expert witnesses, and produce any written reports for such expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2), by May 15, 2026.

3. The Defendant shall disclose the identity of any expert witnesses, and produce any written reports for such expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2), by August 31, 2026.

4. All discovery in this action shall be completed by September 28, 2026.

5. Any dispositive motions shall be filed by November 16, 2026.

Except as modified in this Order, the Initial Pre-Trial Order will remain in full force and effect.

CONSENTED AND AGREED TO BY:

| /s/ Lance P. Martin | /s/Jill C. Waters |
|---|---|
| Lance P. Martin | Jill C. Waters |
| N.C. State Bar No. 027287 | N.C. State Bar 37121 |
| Thomas C. Wolff | Baker, Donelson, Bearman, Caldwell |
| N.C. State Bar No. 52594 | & Berkowitz, PC |
| Ward and Smith, P.A. | 2235 Gateway Access Point, Suite 220 |
| Post Office Box 2020 | Raleigh, NC 27607 |
| Asheville, NC 28802-2020 | *Counsel for Defendants* |
| *Counsels for the Trustee* | |

This Order has been signed
Electronically.  The Judge's signature and
Court's seal appear at the top of the Order

United States Bankruptcy Court